RECEIVED
SEP 2 0 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 2:08-CR-00701-05 |
| vs. : | |
| JOSE SOCORRO CASTILLO-ESTRADA, : | ORDER FOR RETURN OF BAIL MONEY |
| Defendant : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of SIX THOUSAND DOLLARS ($6,000.00) was deposited into the Registry of this Court as security for the said recognizance,

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, and

It further appearing that the Surety, Ana Castillo, is currently incarcerated at the Phoenix Federal Camp and has assigned her rights to the bail money to her sister, Carmen Arismendez (See attached Affidavit),

IT IS ON THIS  18th  day of September, 2012,

ORDERED THAT the sum of **SIX THOUSAND DOLLARS** ($6,000.00) be paid to Carmen Arismendez, 9402 W. Elwood Street, Tolleson, AZ 85353.

_____
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT

# AFFIDAVIT OF DISBURSEMENT

On or about 2008, I deposited with the Federal Court in Phoenix, Arizona, a check (#0581117219) in the amount of $6,000 for bond in the case of United States vs. Jose Socorro Castillo Estrada.

The case has now been adjudicated. I would like the funds reimbursed to my representative immediately:

    Carmen Arismendez
    9402 W. Elwood St.
    Tolleson, AZ   85353

    DOB: March 28, 1981
    Phone: 623-385-6414

I am serving a custodial sentence at the Phoenix Federal Camp and that is the reason for a substitute, other than myself, to collect on this outstanding money due to me. My contact information is as follows:

    Federal Prison Camp
    Ana Castillo, #82238-208
    37930 N. 45th Ave.
    Phoenix, AZ 85086

Thank you for your prompt attention to this matter.

IN TESTIMONY WHEREOF, the undersigned has hereunto set her hand this __14th__ day of __August__ 2012.

                                          Ana Castillo

STATE OF ARIZONA
COUNTY OF MARICOPA

On __8-14-2012__, before me, __Heather Taylor__, personally appeared Ana Castillo, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

> Notary Public State of Arizona
> Maricopa County
> Heather Taylor
> My Commission Expires 01/21/2016

__Heather Taylor__
Notary Public

__1/21/2016__
Commission Expires

Federal Prison Camp
Ana Castillo #82238.208
37930 N. 45th Ave.
Phoenix, AZ 85086



PHOENIX AZ 852
15 AUG 2012 PM 4 L

⇨82238-208⇨
Carmen Arismendez
9402 W Elwood ST
Tolleson, AZ 85353
United States



U.S. POSTAGE
PAID
AVONDALE, AZ
85323
AUG 28, 12
AMOUNT
$3.40
00052678-09

08608

7011 3500 0002 1709 2646

CERTIFIED MAIL

Carmen Arismendez
9402 w. Elwood St
Tolleson, AZ 85353

US District Court - New Jersey
Attn: Denise Howard - Finance
402 East State St
Ste 2020
08608 Trenton, NJ
08608-1500